IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.	4:14cv340-WS

CHARLES PERRY, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 3, 2014.  See Doc. 5.  The magistrate judge recommends that Plaintiff's complaint be dismissed as time-barred.  Plaintiff has filed objections (doc. 6) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

3.  The clerk shall enter judgment stating: "All claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

DONE AND ORDERED this   11th   day of   July  , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE